UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVELYN RAMIREZ,

                Plaintiff,

     -against-                          06-CV-3517 (JG)

THE STATE OF NEW YORK,
NEW YORK CITY, & JOSEPH LORE,

                Defendants.
-----------------------------------------------------------X
EVELYN RAMIREZ,

                Plaintiff,

     -against-                          06-CV-3564 (JG)

BENDIX CORPORATION, E.56th St/E.57th St.,

                Defendant.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 7 2006 ★
BROOKLYN OFFICE

Pursuant to the memorandum and order issued _August 3, 2006_ by the Honorable John Gleeson, United States District Judge, dismissing these actions, it is

**ORDERED, ADJUDGED AND DECREED**: That the above-entitled civil actions are hereby dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

                                            s/John Gleeson
                                            John Gleeson, U.S.D.J.

Dated: _August 3_, 2006
         Brooklyn, New York